UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGA PABLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBUS MANUFACTURING, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-02119-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 15 |

　　On April 22, 2025, the Court granted Plaintiff Dominga Pablo's counsel's motion to withdraw and ordered Pablo to retain new counsel or provide a statement that she intends to proceed without an attorney by May 23, 2025.  As of the date of this order, new counsel has not filed a notice of appearance on behalf of Pablo, and Pablo has not indicated her intention to proceed without an attorney.  Therefore, Pablo is **ORDERED** to show cause by **June 12, 2025**, why she has failed to comply with the Court's order.

　　The case management conference is rescheduled for **July 9, 2025**.  A joint case management statement is due by **July 2, 2025**.

　　**IT IS SO ORDERED.**

Dated: May 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge